IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
REGINALD M. LILES,              )
                                )
           Plaintiff,           )
                                )
      v.                        )      1:23CV672
                                )
BRITTANY P. EDWARDS,            )
                                )
           Defendant.           )
```

**ORDER**

On August 21, 2023, the Order and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). (Doc. 3.) Plaintiff objected to the Recommendation. (Doc. 5.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Recommendation. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED pursuant to 28 U.S.C. § 1915A for being frivolous, as well as for seeking monetary relief against a defendant who is immune from such relief.

/s/   Thomas D. Schroeder
United States District Judge

September 13, 2023